# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148736

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 148736
                                                     COA: 319264
                                                     Wayne CC: 09-010716-FC
LEEVESTER LEE HATHORN,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 16, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0922

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk